474 A.2d 685

Commonwealth v. Bonhurst, Appellant.

Submitted January 4, 1984. Robert W. Suter, Assistant Public Defender, for appellant; William F. Merz, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, TAMILIA and HOFFMAN, JJ.

The conviction is affirmed but judgment of sentence is vacated and the case remanded to permit the lower court to specify its reasons for dispensing with a presentence report as required by Pa.R.Crim.P. 1403 A(2).

Jurisdiction relinquished.